

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00590-CR

**EX PARTE** Stephen **POLASEK**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8647
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Jason Pulliam, Justice

Delivered and Filed: November 25, 2015

DISMISSED AS MOOT

November 6, 2015, this court received notice from appellant's counsel stating the appeal is moot. The appeal arises from the denial of appellant's pretrial writ of habeas corpus seeking relief from excessive bail. Appellant subsequently posted bond and was released. At the announcement of trial on October 29, 2015, appellant failed to appear. Given the nature of this appeal, the appeal is now moot.

Therefore, we dismiss the appeal as moot.

PER CURIAM

DO NOT PUBLISH